UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOT FOR PUBLIC VIEW

UNITED STATES OF AMERICA

v.

ALCALA-Gonzalez, Jaime

Magistrate's Case No. '08 MJ 2251

WARRANT ISSUED ON THE BASIS OF:

☐ Failure to Appear ☐ Order of Court
☐ Indictment ☐ Information
x Complaint

**WARRANT FOR ARREST**

FILED
AUG - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

To:

Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED

ALCALA-Gonzalez, Jaime
1027 Neptune Drive
Chula Vista, CA 91911

DISTRICT OF ARREST:

CITY OF ARREST:

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

RECEIVED
2008 JUL 25 A 11:11
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

DESCRIPTION OF CHARGES

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>Title 8 | SECTION<br>1326 |
|---|---|---|
| BAIL<br>**To be set in Court** | OTHER CONDITIONS OF RELEASE<br>**To be set in Court** | |
| ORDERED BY<br>LEO S. PAPAS<br>U.S. MAGISTRATE JUDGE | | DATE ORDERED<br>JUL 24 2008 |
| CLERK OF COURT/U.S. MAGISTRATE | BY | DATE ISSUED |

RETURN

**THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.**

| DATE RECEIVED<br>7/24/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Nicole M. Caughey<br>Special Agent | SIGNATURE<br>Nicole M. Caughey |
|---|---|---|
| DATE EXECUTED<br>7/31/08 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

CLASS II 'J' ICE

0301 (Deport alien in US)